**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION**

**CLIFF HARDY**                                                                          **PLAINTIFF**

**V.**                                                        **CIVIL ACTION NO. 1:08-CV-28-SA-JAD**

**CITY OF TUPELO, MISSISSIPPI**                                              **DEFENDANT**

## ORDER

Pursuant to an opinion issued this day, the Defendant's Motion for Summary Judgment [70]

is **DENIED** as to the Plaintiff's First Amendment and Title VII claims.

So ordered on this the 26th day of June, 2009.

**/s/ Sharion Aycock_____
UNITED STATES DISTRICT JUDGE**