**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**EASTERN DIVISION**

**CLIFF HARDY**                                                               **PLAINTIFF**

**V.**                                         **CIVIL ACTION NO. 1:08-CV-28-SA-JAD**

**CITY OF TUPELO, MISSISSIPPI**                                     **DEFENDANT**

## **JUDGMENT**

Pursuant to a memorandum opinion to be released on this day, the Court:

(1) further remits the back pay awarded to Plaintiff by $27,268.56;

(2) denies Plaintiff's Motion for Leave to Substitute a Request for Reinstatement in Lieu of Front Pay [131];

(3) grants Plaintiff's Motion for Back Pay Until Date of Court's Ruling on Post-Trial Motions [116];

(4) grants Plaintiff's Motion for Front Pay [116]; and

(5) grants in part Plaintiff's Motion for Attorney Fees [136].

Accordingly, Plaintiff's final award in this matter consists of the following: $81,988.75 in back pay; $200,000.00 in emotional damages; $27,966.00 in front pay; $110,421.50 in attorney's fees; and $5,519.07 in costs. So ordered on this the 25th day of February, 2010.

                                                                  **/s/ Sharion Aycock**
                                                                  **UNITED STATES DISTRICT JUDGE**